NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WI-FI ONE, LLC,**
*Appellant*

**v.**

**BROADCOM CORPORATION,**
*Appellee*

**MICHELLE K. LEE, DIRECTOR, U.S. PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2015-1944, 2015-1945, 2015-1946

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2013-00601, IPR2013-00602, IPR2013-00636.

---

**ORDER**

---

PER CURIAM.

The en banc oral argument in this case is scheduled for May 4, 2017 at 10:00 a.m. in courtroom 201. Each side will have 30 minutes for a total argument time of one hour. The parties shall notify the court by ECF by April

14, 2017 of the names of counsel who will present oral argument.

FOR THE COURT

  March 10, 2017           /s/ Peter R. Marksteiner
       Date               Peter R. Marksteiner
                                 Clerk of Court